[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT
_____

No. 17-14015
Non-Argument Calendar
_____

D.C. Docket No. 2:16-cr-00560-RBD-WC-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

TAURIO HARRIS,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Alabama
_____

(November 13, 2018)

Before JILL PRYOR, BRANCH and FAY, Circuit Judges.

PER CURIAM:

The Government's motion to dismiss this appeal pursuant to the appeal

waiver in Appellant's plea agreement is DENIED, as Appellant's appeal waiver is

not valid and enforceable.

The Government is directed to file its response brief within thirty (30) days of the date of entry of this order.